No. 5564.—Belaval, apldo., *v.* Agostini, aplte.—C. D. San Juan. ▆▆▆▆▆▆ Enero 20, 1931.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por cuanto, la parte apelada nos pide que desestimemos esta apelación, siendo uno de los motivos que alega que la apelación es frívola;

Por cuanto, en este pleito se cobra el capital y los intereses de una deuda reconocida por la demandada en documento público, según el cual está vencida;

Por cuanto, la demandada aceptó en su contestación algunos hechos de la demanda, negó otros y alegó que el vencimiento de la obligación ha sido prorrogado hasta una fecha posterior a la demanda;

Por cuanto, la demandada no asistió al juicio de este pleito y la corte sentenciadora declaró probados los hechos de la demanda y dictó la sentencia condenatoria apelada;

Por cuanto, los hechos expuestos demuestran que esta

apelación es frívola ya que la apelante nada probó contrario a la demanda;

Por cuanto, la apelante nada ha alegado respecto al expresado motivo de desestimación,

Por tanto, desestimamos la presente apelación.